

Date **4-20-2016**

Dear Resident,

Enclosed is your Final Account Statement (FAS) showing a balance due.

Payment must be made in full within 2 weeks of this letter in order to avoid collection procedures. You can make this payment at the property where you were residing, or you can send it to the corporate office at 320 E. 90th Drive, Merrillville, IN 46410. Please include the FAS with payment.

Thank you,

Sharon Phelps

Accounting Assistant

320. E. 90th drive
merrillville. IN  46410
tel - 219.738.2322
fax - 219.755.4351

IGCRE.com

Exhibit A

**Preserve At Grande Oaks**
1301 EISENHOWER AVENUE
VALPARAISO, IN 46383

Gladys M Whitfield
3720 Marrison Pl
Indianapolis, IN 46205-2540

RECEIVED DEC - 2 2015

## Final account statement

| Ledger Account at move-out | |
|---|---|
| Scan Check - Gladys Whitfield | (1,329.00) |
| Balance at move-out | (1,329.00) |

| Deposit Activities | |
|---|---|
| Deposit Received | (199.00) |
| Total Deposits on hand | (199.00) |

| Additional charges/credits/payments after move-out | |
|---|---|
| Carpet Cleaning | 75.00 |
| Lease Termination Fee – Whitfield | 2,318.00 |
| Total additional charges / credits / payments | 2,393.00 |

| Final Account balance | |
|---|---|
| Balance at move-out | (1,329.00) |
| Total Deposits | (199.00) |
| Total additional charges / credits / payments | 2,393.00 |
| Total account balance due | 865.00 |

| FAS Prepared | |
|---|---|
| Date | 11/25/2015 |
| User | Cindy Ransom |

**Pay to**

Gladys M Whitfield

| Lease Information  - Unit  1403-204 | |
|---|---|
| Move-in | 07/08/2015 |
| Notice given | 11/17/2015 |
| Lease expires | 01/31/2016 |
| Move-out | 11/24/2015 |
| Move-out reason | Employment transfer |

Please contact 219-738-2322 within 10 days of receipt to make payment arrangements and avoid collection proceedings.

Manager

RECEIVED DEC - 2 2015