APRIL 30, 2016

IN GOOD COMPANY

MICHAEL V SAKICH

320 E 90TH DR

MERRILLVILLE, IN 46410

RE:  GLADYS M WHITFIELD, FORMER TENANT AT PRESERVE AT GRAND OAKS

DEAR AGENT:

    This week, I received a letter from your company stating that I owe charges from my tenancy. I moved out in in November 2015 before Thanksgiving. The letter I received this week was the first time I was I was told that I owed anything. In fact, after I paid rent for December 2015, I was told that I owed nothing else. See the enclosed email containing email correspondence from me dated November 24 and the response from Lisa Cordova dated November 25, 2015. I dispute that I owe something. I owe nothing. Please advise. Send me a copy of all correspondence notifying me of any debt and any correspondence concerning a debt. Respond only in writing. Thank you.

Sincerely,


Gladys M Whitfield

3720 Marrison Pl

Indianapolis, IN 46205

gmwhit1@yahoo.com

Exhibit B

On Tue, 11/24/15, IGCRE
> View Pointe <viewpointeapts@igcre.com>
>
> wrote:
>
> Subject:
> RE: Preserve at Grande Oaks - 1403 Eisenhower Apt
> 204
> To: "gladys
> whitfield" <gmwhit1@yahoo.com>
>
> Date: Tuesday,
> November 24, 2015, 5:21 PM
>
> Hi Gladys,
> Your apartment looks
> great! Just one
> thing do you still have the garage door key?
> We did not see
> it anywhere. It might be on your key ring.
> You can mail it
> to us. We have to have it. Mail it to
> 201 Sturdy Road
> #10 Valparaiso, In 46383. Just tape it to a piece of paper and put it
> in an envelope. Let me know if you do have it. Because I know or
> think there is a charge, but I do not know how much. I am sure it is
> in one of the lease documents. Thanks, Lisa
>
> Lisa
> Cordova/Leasing
> View Pointe,
> Avery Glen Apartments
> & Preserve
> at Grande Oaks
> 201 Sturdy Road
> #10
> Valparaiso, IN
> 46383
> 219-462-1584
>
> Fax:
> 219-477-5798
> viewpointeapts@igcre.com
>
>
>

>
> -----Original
> Message-----
> From: gladys
> whitfield [mailto:gmwhit1@yahoo.com]
>
>
> Sent:
> Tuesday, November 24, 2015 12:13 AM
> To: IGCRE View
> Pointe <viewpointeapts@igcre.com>
>
> Subject: RE:
> Preserve at Grande Oaks - 1403 Eisenhower Apt
> 204
>
> Greetings!
> I cleaned out and cleaned my apartment. I came by the Preserve
> office Monday, November 23, 2015, at about 1:30 p.m., to turn in my
> keys and so that we could do a final walk through (in addition to
> the pre walkthrough done last week) and no one was there. I wanted
> to do a final walkthrough even though during the pre walkthrough, I
> was told that a final walk through was not necessary - that I just
> needed to mop and wipe things down because my apartment was in good
> condition, and that you all would have my apartment sanitized; I was
> also told during the pre walkthrough to leave my keys in the
> apartment and lock the bottom lock.
>
>
> So, on
> Monday, when no one was at the Preserve office,
> I called the telephone number on the Preserve
> office door and Lisa
> answered. Lisa told me that
> no one could get to my apartment then to do a
> final walkthrough
> - instead, I
> could just leave the keys in the apartment and
> lock the bottom lock. So, I did that. I
> left two keys to enter the building, two keys to
> enter the apartment, the mailbox key, and the
> garage door opener on the kitchen
> counter/breakfast bar. If there is anything
> else I need to do, let me know right away. I
> will be leaving town Tuesday morning and will not
> be returning. I already paid

> December's rent and was told during pre
> walkthrough that I did not need to pay
> January's rent. If I am misunderstanding
> anything, let me know immediately.
>
> I
> appreciate your kindness during my stay and move
> out. Thank you.
>