```
             RENT RECOVER OF BETTER NOI, LLC
                220 GERRY DR WOOD DALE, IL 60191
              HOURS: MONDAY-FRIDAY 8AM TO 5PM PST
           TOLL FREE: (866) 942-9516 OR (425) 908-0047
```

15978A-190605-1403-204-1        Account #: 15978A-190605-1403-204-1
WHITFIELD, GLADYS
3720 MARRISON PL
INDIANAPOLIS, IN 46205


RE: Original Creditor: Preserve at Grand Oaks - Standard
Placed for Collection on: 06/29/16

   Outstanding Balance: $865.00 *

Dear GLADYS WHITFIELD,

Your past due account has been referred to our office for collection. Please remit payment in full or contact our office to make amicable arrangements. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor if different from the current creditor. Your account will accrue interest at a rate of 8.00 percent per annum.

Sincerely,

Carlos Magana
Account Representative
(866) 942 - 9516



**This communication is from a debt collector attempting to collect a debt and any information obtained will be used for that purpose.**

*Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you. For more information, write or call Rent Recover of BetterNOI, LLC at 866-942-9516 or 452-908-0047.

6/29/2016

Exhibit C